THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE GRIFFITH and HAROLD GRIFFITH,

                 Plaintiffs,

    v.

BRUNSWICK CORPORATION, BOSTON WHALER, INC. and SEA RAY SPORT YACHTS, INC.,

                 Defendants.

Case No. 2:26-cv-01491-JNW

**STIPULATED MOTION TO EXTEND DEADLINES**

Plaintiffs Kyle and Harold Griffith, and Defendants Brunswick Corporation, Boston Whaler, Inc., and Sea Ray Sport Yachts, Inc. hereby stipulate and jointly move the Court to extend Plaintiffs' deadline to amend their Complaint as a matter of course to June 12, 2026, and to extend each Defendant's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint to July 13, 2026. The parties further stipulate that, in the event Plaintiffs fail to amend their Complaint, each Defendant's deadline to answer or otherwise respond to Plaintiffs' original Complaint is extended to July 13, 2026.

Good cause exists for such an extension as it comports with the Court's chambers procedures discouraging certain motions to dismiss and encouraging party permission on complaint amendment. The Parties agree that the extension is warranted, and no party will be prejudiced by such an extension. Additionally, the Court has yet to issue a scheduling order, so an extension will not require moving any other currently scheduled deadlines.

STIPULATED MOTION TO EXTEND DEADLINES - 1

DATED: May 14, 2026

BALLARD SPAHR LLP

By: s/ Devon McCurdy
John S. Devlin, WSBA No. 23998
Devon McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone:  206.223.7000
Facsimlie:  206.223.7107
DevlinJ@ballardsphar.com
MccurdyD@ballardspahr.com
KogaD@ballardspahr.com

*Attorneys for Defendants Brunswick Corporation and Boston Whaler, Inc.*

FOSTER GARVEY P.C.

By: s/  John R. Nelson
John Ray Nelson, WSBA No. 16393
Julia Doherty, WSBA No. 61391
618 West Riverside Avenue, Suite 300
Spokane, Washington 99201-5102
Telephone:  509.777.1600
Facsimile:  509.777.1616
John.nelson@foster.com
Julia.doherty@foster.com

*Attorneys for Defendant Sea Ray Sport Yachts, Inc.*

GORDON TILDEN THOMAS & CORDELL

By: s/   Greg D. Pendleton
Greg D. Pendleton, WSBA No. 38361
600 University Street, Suite 2915
Seattle, Washington 98101
Telephone:  206.467.6477
gpendleton@gordontilden.com

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND DEADLINES - 2

## **ORDER**

THIS MATTER came before the Court based on the foregoing stipulation. Now, therefore,

IT IS HEREBY ORDERED that Plaintiffs' deadline to amend their Complaint as a matter of course is extended to June 12, 2026. Each Defendant's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint is extended to July 13, 2026. In the event that Plaintiffs fail to amend their Complaint, each Defendant's deadline to answer or otherwise respond to Plaintiffs' original Complaint is extended to July 13, 2026.

IT IS SO ORDERED.

DATED this 18th day of May, 2026.

_____
HONORABLE JAMAL N. WHITEHEAD

STIPULATED MOTION TO EXTEND DEADLINES - 3