HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE GRIFFITH and HAROLD GRIFFITH,

Plaintiffs,

v.

BRUNSWICK CORPORATION, BOSTON WHALER, INC. and SEA RAY SPORT YACHTS, INC,

Defendants.

Case No. 2:26-cv-1491-JNW

SECOND STIPULATED MOTION TO EXTEND DEADLINES

NOTE ON MOTION CALENDAR:
JUNE 11, 2026

Plaintiffs Kyle and Harold Griffith, and Defendants Brunswick Corporation, Boston Whaler, Inc., and Sea Ray Sport Yachts, Inc. hereby stipulate and jointly move the Court to extend Plaintiffs' deadline to amend their Complaint as a matter of course to June 26, 2026, and to extend each Defendant's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint to July 27, 2026. The parties further stipulate that, in the event Plaintiffs fail to amend their Complaint, each Defendant's deadline to answer or otherwise respond to Plaintiffs' original Complaint is extended to July 27, 2026.

Good cause exists for such an extension as it comports with the Court's chambers procedures discouraging certain motions to dismiss and encouraging party permission on complaint amendment. The Parties agree that the extension is warranted, and no party will be

SECOND STIPULATED MOTION TO EXTEND
DEADLINES  - 1
(Case No. 2:26-cv-1491-JNW)

prejudiced by such an extension. Additionally, the Court has yet to issue a scheduling order, so an extension will not require moving any other currently scheduled deadlines.

SUBMITTED this 17th day of June, 2026.

BALLARD SPAHR LLP

s/Devon McCurdy
 John S. Devlin, WSBA No. 23998
 Devon McCurdy, WSBA No. 52663
 Dailey Koga, WSBA No. 58683
 1301 Second Avenue, Suite 2800
 Seattle, Washington 98101
 Telephone: 206.223.7000
 Facsimile: 206.223.7107
 DevlinJ@ballardsphar.com
 MccurdyD@ballardspahr.com
 KogaD@ballardspahr.com

*Attorneys for Defendants Brunswick Corporation and Boston Whaler, In*c.

FOSTER GARVEY P.C.

s/John Ray Nelson
John Ray Nelson, WSBA No. 16393
Julia Doherty, WSBA No. 61391
618 West Riverside Avenue, Suite 300
Spokane, Washington 99201-5102
Telephone: 509.777.1600
Facsimile: 509.777.1616
John.nelson@foster.com
Julia.doherty@foster.com

*Attorneys for Defendant Sea Ray Sport Yachts, Inc.*

I certify that this memorandum contains 160 words, in compliance with the Local Civil Rules.

MARTINEZ & FARMER LLP

s/Tyler L. Farmer
s/Ariel A. Martinez
 Tyler L. Farmer, WSBA #39912
 Ariel A. Martinez, WSBA #54869
 4020 East Madison St., Suite 300
 Seattle, WA 98112
 Tel:  (206) 208-2270
 Email: tyler@mfseattle.com
 Email: ariel@mfseattle.com

 *Attorneys for Plaintiffs*

SECOND STIPULATED MOTION TO EXTEND
DEADLINES  - 2
(Case No. 2:26-cv-1491-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

## ORDER

THIS MATTER came before the Court based on the foregoing stipulation. Now, therefore, IT IS HEREBY ORDERED that Plaintiffs' deadline to amend their Complaint as a matter of course is extended to June 26, 2026. Each Defendants' deadline to answer or otherwise respond to Plaintiffs' Amended Complaint is extended to July 27, 2026. In the event that Plaintiffs fail to amend their Complaint, each Defendant's deadline to answer or otherwise respond to Plaintiffs' original Complaint is extended to July 27, 2026.

IT IS SO ORDERED.

DATED: June 17, 2026

_____
Honorable Jamal N. Whitehead
United States District Judge

*Presented b:*

MARTINEZ & FARMER LLP

*s/Tyler L. Farmer*
*s/Ariel A. Martinez*
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    4020 East Madison St., Suite 300
    Seattle, WA 98112
    Tel:  (206) 208-2270
    Email: tyler@mfseattle.com
    Email: ariel@mfseattle.com

*Attorneys for Plaintiffs*

BALLARD SPAHR LLP

*s/Devon McCurdy*
  John S. Devlin, WSBA No. 23998
  Devon McCurdy, WSBA No. 52663
  Dailey Koga, WSBA No. 58683
  1301 Second Avenue, Suite 2800
  Seattle, Washington 98101
  Telephone: 206.223.7000
  Facsimile: 206.223.7107
  DevlinJ@ballardsphar.com

SECOND STIPULATED MOTION TO EXTEND
DEADLINES  - 3
(Case No. 2:26-cv-1491-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

MccurdyD@ballardspahr.com
KogaD@ballardspahr.com

*Attorneys for Defendants Brunswick
Corporation and Boston Whaler, In*c.

FOSTER GARVEY P.C.

*s/John Ray Nelson*
John Ray Nelson, WSBA No. 16393
Julia Doherty, WSBA No. 61391
618 West Riverside Avenue, Suite 300
Spokane, Washington 99201-5102
Telephone: 509.777.1600
Facsimile: 509.777.1616
John.nelson@foster.com
Julia.doherty@foster.com

*Attorneys for Defendant Sea Ray Sport Yachts,
Inc.*

SECOND STIPULATED MOTION TO EXTEND
DEADLINES  - 4
(Case No. 2:26-cv-1491-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270