HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE GRIFFITH and HAROLD GRIFFITH,<br><br>Plaintiffs,<br><br>v.<br><br>BRUNSWICK CORPORATION, BOSTON WHALER, INC. and SEA RAY SPORT YACHTS, INC,<br><br>Defendants. | Case No. 2:26-cv-1491-JNW<br><br>STIPULATED MOTION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>**NOTE ON MOTION CALENDAR: AUGUST 28, 2026** |

Plaintiffs Kyle and Harold Griffith, and Defendants Brunswick Corporation, Boston Whaler, Inc., and Sea Ray Sport Yachts, Inc. hereby stipulate as follows:

1. The parties have conferred in accordance with Section 5.6 of Judge Whitehead's Chambers Procedures concerning filing a Rule 12(b) motion to dismiss;

2. Following the conference, plaintiffs wish to file a second amended complaint.

3. Plaintiffs shall have thirty days from entry of the Court's order approving this Stipulation to file a Second Amended Complaint.

4. Defendants shall have 30 days after service of the Second Amended Complaint to answer or otherwise respond to the Second Amended Complaint.



MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

5. If Defendants move to dismiss, the parties agree that Plaintiffs' response deadline will be extended by 16 days and Defendants' reply deadline will be extended by 16 days. The parties further agree that the noting date for any such motion to dismiss will depart from the standard 28-day noting period to accommodate these agreed extensions.

6. Recognizing that the Court has stated it will not grant further extensions pertaining to the complaint, the parties respectfully submit that good cause exists for the requested extension and amendment because the parties have complied with the Court's Chambers procedures concerning the parties' obligation to confer before filing a motion to dismiss.

SUBMITTED this 28th day of August, 2026.

BALLARD SPAHR LLP

*s/ Devon McCurdy*
John S. Devlin, WSBA No. 23998
Devon McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
Facsimile: 206.223.7107
DevlinJ@ballardsphar.com
MccurdyD@ballardspahr.com
KogaD@ballardspahr.com

*Attorneys for Defendants Brunswick Corporation and Boston Whaler, Inc.*

FOSTER GARVEY P.C.

John Ray Nelson, WSBA No. 16393
Julia Doherty, WSBA No. 61391
618 West Riverside Avenue, Suite 300
Spokane, Washington 99201-5102
Telephone: 509.777.1600
Facsimile: 509.777.1616
John.nelson@foster.com
Julia.doherty@foster.com

I certify that this memorandum contains 210 words, in compliance with the Local Civil Rules.

MARTINEZ & FARMER LLP

*s/Tyler L. Farmer*
*s/Ariel A. Martinez*
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

*Attorneys for Plaintiffs*

*Attorneys for Defendant Sea Ray Sport Yachts, Inc.*



MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

**ORDER**

THIS MATTER came before the Court based on the foregoing stipulation. Now, therefore, IT IS HEREBY ORDERED that:

1. Plaintiffs shall have thirty days from entry of the Court's order approving this Stipulation to file a Second Amended Complaint.

2. Defendants shall have 30 days after service of the Second Amended Complaint to answer or otherwise respond to the Second Amended Complaint.

3. If Defendants move to dismiss, the parties agree that Plaintiffs' response deadline will be extended by 16 days and Defendants' reply deadline will be extended by 16 days. The parties further agree that the noting date for any such motion to dismiss will depart from the standard 28-day noting period to accommodate these agreed extensions.

IT IS SO ORDERED.

DATED: August 31, 2026.

HONORABLE JAMAL N. WHITEHEAD
United States District Judge

*Presented by:*

MARTINEZ & FARMER LLP

*s/Tyler L. Farmer*
*s/Ariel A. Martinez*

Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

*Attorneys for Plaintiffs*

BALLARD SPAHR LLP

*s/Devon McCurdy*

John S. Devlin, WSBA No. 23998
Devon McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
Facsimile: 206.223.7107
DevlinJ@ballardsphar.com
MccurdyD@ballardspahr.com
KogaD@ballardspahr.com

*Attorneys for Defendants Brunswick Corporation and Boston Whaler, Inc.*

FOSTER GARVEY P.C.

John Ray Nelson, WSBA No. 16393
Julia Doherty, WSBA No. 61391
618 West Riverside Avenue, Suite 300
Spokane, Washington 99201-5102
Telephone: 509.777.1600
Facsimile: 509.777.1616
John.nelson@foster.com
Julia.doherty@foster.com

*Attorneys for Defendant Sea Ray Sport Yachts, Inc.*